FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 10 2022

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
_Western_ Division

## CIVIL RIGHTS COMPLAINT FORM

SAMONE W. BANKS

CASE NUMBER: 4:22-cv-00017-KGB
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

GOVENOR OF ARKANKAS
ARKANSAS CRIME information CenteR

This case assigned to District Judge Baker
and to Magistrate Judge Harris

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: _____
(Indicate the name and location)

Polk County JAil (South County)

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

1

DC 225 (Rev. 1/97)

2002 © American LegalNet, Inc.

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

## EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

### General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

### Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

### Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)?  Yes ( )  No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status?  Yes ( )  No (✓)

      a. If so, did you go through the informal grievance, formal grievance and appeal process?  Yes ( )  No (✓)

b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.  <u>Informal Grievance</u> (Request for Interview)

1.  Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2.  If so, you must attach a copy of the grievance and response to this Complaint form.

C.  <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1.  Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2.  If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3.  Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4.  If so, you must attach a copy of the grievance and response to this Complaint form.

D.  <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1.  Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2.  If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 21st day of December, 20 21.

_Simone W. Banks_
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (✓)

C. If your answer is YES:

1. What steps did you take? N/A

2. What were the results? N/A

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: The only exhaustion was a Petition to Arkansas Crime Information Center to remove name and information from its sex offender database and files

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 21st day of December, 20 21.

_Simone W. Banks_
Signature of Plaintiff

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): N/A

   Defendant(s): N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge: N/A

5. Briefly describe the facts and basis of the lawsuit: N/A

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): N/A

7. Approximate filing date: N/A

8. Approximate disposition date: N/A

DC 225 (Rev. 1/97)

5

2002 © American LegalNet, Inc.

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

N/A

V. PARTIES: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: SAMONE W. BANKS

Mailing address: P.O. BOX 1848 Pinellas Park, Fl 33780

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: _____

Mailing Address: 113 Greenwood Ave Letanpo, Arkansas 72354

Position: Director

Employed at: Arkansas Crime Information Center

D. Defendant: _Govenor of Arkansas_

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

E. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

See ATTACHED STATEMENT of claims, Labeled A-1

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

Plaintiff was charged with a sexual offense on october 20th 1994 in Little Rock, Arkansas in the county of Pulaski. Plaintiff was tried on the charge of Rape on April 19, 1996, which ended in a hung Jury/Miss Trial. Plaintiff was tried a second time for Rape on MAY 17, 1996. And plaintiff was found not guilty of Rape, not guilty of sexual Assault But Guilty of Sexual Abuse class C Felony. And was sentenced to A $10,000 fine and released "wholly" without any stipulations or orders from the court or any supervision

Statement of Facts, continued:

When plaintiff was convicted of his crime of sexual abuse their was not any law in Arkansas that required Plaintiff to preform "any registration". The Arkansas sex offender Registration Act did not take effect until August 1, 1997. 15 months after Plaintiff was convicted and sentenced and released. Plaintiff never recieved any warning or order that he would be required to register. Plaintiff has filed a complaint with the Arkansas Crime information center requesting they remove his name and information from their records. Plaintiff has also filed a Petition in the sentencing court in September 2021 to be removed from Arkansas sex offender Database. "As Applied" to plaintiff Arkansas registration is unconstitutional and punitive. Arkansas crime information center has violated Plaintiffs constitutional Protected rights. The Govenor of Arkansas has also Acted under color of state law and United States Constitution. Plaintiff has been continuously forced to register as a sex offender in several states as a result of Arkansas Crime information centers Adding his name in 2011, some 15 years after his conviction and sentencing. Plaintiff contends as evidence (see A-2) that this is a restraint on his liberty and violation of his Constitutional rights.

DC 225 (Rev. 1/97)                                      2002 © American LegalNet, Inc.

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff seeks compensatory and Declaritory-emergency injunction relief from registration as a sex offender, and to be compensated for his liberty being restrained and violated. Plaintiff seeks equal protection pursuant to Doe v. Snyder, 449 F. Supp. 3d 747 (E.D. Mich. 2020) ~~(crossed out)~~ and Does #1-5 v. Snyder, 834 F. 3d 696, 699 (6th Cir. 2016) as well as Doe v Lee (M.D. Tenn. 2021) where Judge Aleta A. Trauger said that to make a person convicted before Registration Act Register is illegally and violates ex post facto Prohibition and equal protection.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 21st day of December, 20 21.

Damone W. Banks

(Signatures of all Plaintiffs)

To The most Honorable Judge

Sir or Madaam,

I was Tried and Convicted in May 1996. I was given a Sentence of $10,000 Fine and released. I have never been allowed to move forward with my life from this situation. I have accepted responsibility for my actions as a misguided young man. I have made amends where I could. This case from 1996 Before there was any law requiring registration in Arkansas, Has caused me to be incarcerated over 15 times in Different States for failure to register As A sex offender. This has Destroyed my relationship with my 2 Daughters and now my son. I have lost employment and been made to move or been told "no" to renting a place, Because this registration has been placed on me. I recently saw a ruling in (DOE V. Lee M.D. Tenn 2021) where it was illegal to make someone like myself register when I was convicted And sentenced And released Before the sex offender Law took effect. I just would like to be made whole again to pursue life, liberty and pursuant of Happiness

Humbly submitted

Luke 10:29-37          Sa'Monte W. Banks

A1 -   STATEMENTS of claims.

A-2 -   TRIAL Transcripts with Dates of Trials and case number. Also Date of conviction from Jury with sentencing information.

A-3   Affidavit showing irrepuable Harm Done as a result of Arkansas crime center's havena plaintiff on Arkansas Sex offender Database.

A-1

## Statement of Claims.

**Claim #1** Plaintiff contends his 5th Amendment constitutional Right to Due process as it pertains to being given "A fair warning to of obligation to register and civil regulations and criminal consequences of not registering.

**Claim #2** Plaintiff contends his 6th Amendment under the constitution has been violated as it pertains to having the opportunity to challenge any order requiring his registration

**Claim #3** Plaintiff has been incarcerated several times having his liberty restrained violating his 8th Amendment under Arkansas constitution And United States constitution.

**Claim #4** Plaintiff contends his 14th amendment under Due process (procedural) has been violated. Plaintiff was convicted sentenced and released before Sex offender Law was enacted.

**Claim #5** Plaintiff contends Defendants violated 14th Amendment Ex post Facto clause Prohibition under Arkansas And United States constitution by requiring his registration. "As Applied" to Plaintiff this is unconstitutional And illegal. where Plaintiff was convicted And sentenced before Arkansas sex offender registration Act.

A-2

| | |
|---|---|
| Reference #: | 23,864,045 |
| Subject: | ASA Docket |
| From: | <u>Myeisha Hicks</u> |
| To: | <u>SAMONE BANKS</u> (2114947) |
| Sent: | 06/04/2018 3:59 PM |
| Status: | Recipient Read |

Message
Report Selection Criteria

Case ID: 60CR-94-2902
Citation No:
Docket Start Date:
Docket Ending Date:


Case Description

Case ID: 60CR-94-2902 - STATE V SAMONE WILLIAM BANKS
Filing Date: Thursday, October 20th, 1994
Court: 60 - PULASKI
Location: CI - CIRCUIT
Type: DI - FELONY
Status: none
Images:



Case Event Schedule

No case events were found.

Case Parties

Seq # Assoc End Date Type ID Name
1 DEFENDANT 9564495 BANKS, SAMONE WILLIAM
Aliases: none

A-2

2 PROSECUTING ATTORNEY 9564496 REDDICK, BRYAN
Aliases: none

5 PLAINTIFF 11223686 STATE OF ARKANSAS
Aliases: none

4 JUDGE 7965382 HON. CHRIS PIAZZA - 2ND DIVISION 6TH CIRCUIT
Aliases: PIAZZA

3 DEFENDANT/RESPONDENT ATTORNEY 8458358 BAXTER, ANGELA YVETTE
Aliases: BAXTER, ANGELA

Violations

BANKS, SAMONE WILLIAM

Violation: 1 Citation#: Age at Violation: 20 Plea: 19-APR-96 NOT GUILTY
5-14-108 SEXUAL ABUSE - 1ST DEGREE; FC Disp:19-APR-96 MISTRIAL
Level: FC CLASS C FELONY
Violation Date: 20-OCT-94
Violation Time:
BANKS, SAMONE WILLIAM

Violation: 2 Citation#: Age at Violation: 20 Plea: 17-MAY-96 NOT GUILTY
5-14-108 SEXUAL ABUSE - 1ST DEGREE; FC Disp:17-MAY-96 GUILTY
Level: FC CLASS C FELONY
Violation Date: 20-OCT-94
Violation Time:

Sentence

No Sentence Info Found.

05/17/1996
11:59 PM FILING - OTHER
Entry: WITNESS FEES FOR STEPHEN DABBS, DOROTHY HODO, KRISTEN WILSON
Images No Images

05/17/1996
11:59 PM FILING - OTHER
Entry: WITNESS FEES FOR STEVE MOORE, REGINALD JOHNSON, PHIL RAINES(SEROLOGIST), PHIL RAINS, B. JONES, RANDY WOOLEY, R. SWOPE, SANDY BRUNT, A. TRACY
Images No Images

05/17/1996
11:59 PM COURT APPEARANCE
Entry: JURY TRIAL: DEF APPRD W/ATTY; WITNESSES SWORN; STATE RESTS; MOT FOR DIRECTED VERDICT DENIED; DEF PROCEEDS, RESTS; MOT FOR DIRECTED VERDICT RENEWED & DENIED; CLOSING ARGUMENTS; JURY INSTRUCTED; VERDICT OF GUILTY OF SEXUAL ABUSE 1ST DEGREE C FEL; JURY INSTRUCTED AGAIN; DELIBERATIONS ON SENT BEGIN; SENT: 10000.00 FINE; HRG TO BE SET ON PAYMENT OF FN
Images No Images

05/17/1996
11:59 PM SPEED LETTER
Entry: SPEED LETTER : DEF MAY BE RELEASED IF NO OTHER DETAINERS
Images No Images

05/17/1996
11:59 PM COST/FEE/FINE ASSESSED
Entry: FINE TO BE PD AT 100.00 A MONTH UNTIL PD/DEF GIVEN 7 WEEKS JAIL CREDIT TOWARDS FN/CC
Images No Images

05/17/1996
11:59 PM COST/FEE/FINE ASSESSED
Entry: FELONY
Images No Images

05/20/1996
11:59 PM FILING - OTHER
Entry: REPORT 06/17/1996 08:30 AM JUDGE:2ND - HON. CHRIS PIAZZA LOC:230 REPORT ON PAYMENT OF FINE
Images No Images

| AFFIDAVIT CONTINUATION | Sheriff's Office | | FORM #9013A - Revised 05/27/10 |
|---|---|---|---|
| Agency ORI Number **FL0530000** | Polk County | Winter Haven, FL | INCIDENT NUMBER **210019280** |

**CO-DEFENDANT:**
**VICTIM/WITNESS:**
Victim: STATE OF FLORIDA / 1891 JIM KEENE BLVD WINTER HAVEN FL 33880 N/A

**PROBABLE CAUSE:**

(Sexual Offender)
Samone William Vade Banks, W/M, 06/05/1974
Permanent Residence - 153 Avenue U NW Winter Haven, Florida 33881
Temporary Residence - 21380 Hwy 27 Lake Wales, FL 33859

On May 6th 2021, I began conducting an investigation in reference to Florida Sexual Offender, Samone Banks failing to comply with sexual offender registration laws. Banks failed to notify his change of address to the Department of Highway Safety and Motor Vehicle with in forty-eight (48) hours, directly violating F.S.S 943.0435 (9)(A).

Banks is classified as a Sexual Offender by the Florida Department of Law Enforcement based on a 1998 conviction out of the State of Arkansas for "SEXUAL ABUSE - 1ST DEGREE". The Florida Department of Law Enforcement determined that based upon Banks' conviction in Arkansas and his requirement to register in Arkansas he would have requirements to register as a sexual offender in the State of Florida. It was determined Samone Banks has completed all sanctions and meets all statutory requirements and is required to register as a sexual offender in the State of Florida. Banks also has a 2018 conviction out Polk County, Florida for Failure to Comply with Sexual Offenders Laws.

Banks has registration responsibilities as determined by the Florida Department of Law Enforcement (FDLE), which serves as the sex offender registry for the state of Florida. Banks has completed nine (9) sex offender registrations in Florida.

Banks's last sex offender registration was completed at the Polk County Jail, on 01/25/2021 and was a schedule reregistration. During these registrations, Banks signed documents attesting he read, understood, and would abide by the requirements imposed upon him as a sexual offender. The registration requirements set forth in Florida law are summarized in numerated obligations. These obligations are printed on the sex offender/predator registration and provided to the registrant at registration. The following is taken directly from Banks's last sexual offender registration (01/25/2021). Below these statements, Banks affixed his signature in the appropriate area, attesting he read and understood the requirements contained therein.

Registration No: 1370229    Person Number: 113375
*NOTICE OF SEXUAL PREDATOR AND SEXUAL OFFENDER OBLIGATIONS*
*As a sexual predator (F.S. 775.21) or sexual offender (F.S. 943.0435; 944.607; or 985.4815) I understand that I am required by law to abide by the following:*

*"Permanent residence" means a place where I abide, lodge, or reside for 3 or more consecutive days.*

*"Temporary residence" means a place where I abide, lodge, or reside, including, but not limited to, vacation, business, or personal travel destinations in or out of this state, for a period of 3 or more days in the aggregate during any calendar year and which is not my permanent address or, if my permanent residence is not in this state, a place where I am employed, practice a vocation, or am enrolled as a student for any period of time in this state.*

*1. Within 48 hours of establishing or maintaining a residence in this state, or release from custody and/or supervision of the Department of Corrections (DOC), the Department of Children and Family Services (DCFS), or the Department of Juvenile Justice (DJJ), I MUST report in person to the local sheriff's office to register my temporary, transient, or permanent address and other information specified in statute. If I am convicted of an offense that requires registration and am not under custody and/or supervision of DOC I must report in person to the sheriff's office in the county of conviction within 48 hours of the conviction.{F.S. 943.0435(2)(a); 775.21(6)(e)}.*

[handwritten margin notes: "Incorrect facts", "Oct 1, 1998"]

CF21-003369

SA'mone W. BANKS   2174947
P.O. Box 1848
Pinellas Park, Fl 33780
peso core

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2022 JAN 10  P 3:04

TAMMY H DOWNS

United STATES DIST
ATTN: Clerk of Western Divisi
500 W. CAPITAl AVE
Little Rock, ARKANSAS

LEGAL MAIL

POSTAGE — PITNEY BOWES
33880  $ 001.96
4W
00354052 JAN 04 2022

Mailed from Polk County Jail

MD #5241