IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMONE W. BANKS**                                                                           **PLAINTIFF**

**v.**                                             **Case No. 4:22-cv-00017-KGB**

**ARKANSAS CRIME INFORMATION**
**CENTER** *et al.*                                                                  **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered ordered, and adjudged, that plaintiff Samone W. Banks' complaint is dismissed without prejudice. The Court denies the requested relief.

So adjudged this 12th day of September, 2022.

_____
Kristine G. Baker
United States District Judge